**FILED**

MAY 19 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Leave to file without
Prepayment of Cost **GRANTED**

*Roger C. Paulette*

| | |
|---|---|
| **ABDUL ZUHOOR** ) <br> Camp Delta Guantanamo Bay ) <br> Washington, D.C. 20355 ) <br>                              ) <br>            Petitioner     ) <br>                              ) <br>        v.                    ) <br>                              ) <br> GEORGE W. BUSH,  ) <br> President of the United States ) <br>                              ) <br> DONALD RUMSFELD, ) <br> Secretary, United States Department ) <br> of Defense                ) <br>                              ) <br> ARMY BRIG. GEN. JAY HOOD ) <br> Commander, Joint Task Force- ) <br> GTMO                     ) <br>                              ) <br> ARMY COL. BRICE GYURISKO ) <br> Commander, Joint Detention ) <br> Operations Group, JTF - GTMO ) | Civil Action No. <br><br> CASE NUMBER: 105CV1011 <br><br> JUDGE: JAMES ROBERTSON <br><br> DECK TYPE: HABEAS CORPUS/2255 <br><br> DATE: MAY 18, 2005 |

**PETITION FOR WRIT OF HABEAS CORPUS**

GUAN-2005-T 0...

Date: 23 Mar 05

PETITIONER: Abdul Zuhoor    (shown as Zahor, Abdul on his ID card)

From: Parwan, Afghanistan

I am not an enemy combatant and never been one. I have served Americans and as a result I been detained. I don't have anybody except an old father who is probably not alive by now. I am not Talib, nor al-Qaida, nor a terrorist. I served Americans by reporting about a bomb plot to them instead of Afghans (and being rewarded), and Afghans got mad at me and I ended up here. I am requesting civilian court at America to review my file because I am America's friend not their enemy. My three brothers and my wife's brother been killed by HIG [Hizb-l Islami Gulbuddin], so I am not a Talib or al-Qaida.

NOTE: This is not an official translation.

**FILED**

MAY 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1011

ISN 94...

PETITIONER: (DETAINEE'S NAME)

عبدالغفور

افغانستان - شهر پروان

من یک دهقان ضعیف بودم. من به کسی خدمت کرده ام و در نیتی
دری زندان شده ام. من در زندگی کسی ظالم نبوده ام. من به شمر شفید
کشته یه تا حالا زنده نباشد. من نه طالب جنیتم نه القاعده و نه شورویت
من با امریکا خدمت بوده و کدام دشمنی به با به وطن اینها و افغان
که افغانان به خود دشمنان هستیم. امریکا شی این ایم دارم و افغان
قربانی همرا این کشاندیم. من نه جنگ ملی امریکا می خواهم
و دشمنی مراطلحیه کنه بلی دیگه من دوست امریکا هستم نه دشمن.
شما از درم و فر بره ام زنده. طالب اسلام یا حکمتیار کشته شدم.
درست. تمام. طالب جنیتم القاعده.

Signed: [signature]    Date: 23 Mar 05

ATCH 1

ISN 949