IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ABDUL ZUHOOR,                       )
                                    )
            Petitioner,             )
                                    )
    v.                              )        Civil Action No. 05-CV-1011 (JR)
                                    )
GEORGE W. BUSH,                     )
    President of the United States, )
    *et al.*,                       )
                                    )
            Respondents.            )
_____)

## RESPONDENTS' RESPONSE TO ORDER TO SHOW CAUSE AND NOTICE OF SUBMISSION UNDER SEAL

Respondents hereby submit, as explained herein, the final record of proceedings before the Combatant Status Review Tribunal pertaining to petitioner Abdul Zahor (listed in the petition as Abdul Zuhoor) in response to the May 27, 2005 docket entry in this matter, entitled "Order to Show Cause," directing respondents to "make a return certifying the true cause of petitioner's detention." For the reasons explained in the record, petitioner Abdul Zahor has been determined to be an enemy combatant affiliated with forces engaged in hostilities against the United States and its coalition partners. Accordingly, petitioner Abdul Zahor is lawfully subject to detention pursuant to the President's power as Commander in Chief or otherwise, and is being detained.

The portion of the record suitable for public release is attached hereto. See Exhibit A. The remaining portion of the record, including information that is classified or not suitable for public release, which may not be shared with petitioner, is being submitted to the Court under seal for *in camera* review.

For the reasons explained in the record, petitioner Abdul Zahor has been determined to be an enemy combatant and is, therefore, lawfully subject to detention pursuant to the President's

power as Commander in Chief or otherwise.  Accordingly, the petition for writ of habeas corpus

should be dismissed and the relief sought therein denied.

Dated:  June 15, 2005                    Respectfully submitted,

                                         PETER D. KEISLER
                                         Assistant Attorney General

                                         KENNETH L. WAINSTEIN
                                         United States Attorney

                                         DAVID B. SALMONS
                                         Assistant to the Solicitor General

                                         DOUGLAS N. LETTER
                                         Terrorism Litigation Counsel

                                            /s/ Preeya M. Noronha
                                         JOSEPH H. HUNT (D.C. Bar No. 431134)
                                         VINCENT M. GARVEY (D.C. Bar No. 127191)
                                         TERRY M. HENRY
                                         JAMES J. SCHWARTZ
                                         PREEYA M. NORONHA
                                         ROBERT J. KATERBERG
                                         NICHOLAS J. PATTERSON
                                         ANDREW I. WARDEN
                                         EDWARD H. WHITE
                                         Attorneys
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         P.O. Box 883
                                         Washington, DC  20530
                                         Tel:  (202) 514-2000

                                         Attorneys for Respondents

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 15, 2005, I caused a copy of the foregoing Respondents'

Response to Order to Show Cause and Notice of Submission Under Seal, and Exhibit A attached

thereto, to be served via U.S. Mail, First Class postage prepaid, on petitioner:

> Abdul Zahor
> Camp Delta; Guantanamo Bay
> Washington, D.C. 20355

>   /s/ Preeya M. Noronha
> PREEYA M. NORONHA
> United States Department of Justice
> Civil Division, Federal Programs Branch
>
> One of the Attorneys for Respondents