UNCLASSIFIED/

# DETAINEE ELECTION FORM

Date: 29 Nov 04
Start Time: 0930
End Time: 1030

ISN#: ▮

Personal Representative: MAJOR ▮

Translator Required? YES      Language? FARSI

CSRT Procedure Read to Detainee or Written Copy Read by Detainee? YES

**Detainee Election:**

[X] Wants to Participate in Tribunal

[ ] Affirmatively Declines to Participate in Tribunal

[ ] Uncooperative or Unresponsive

**Personal Representative Comments:**

> Requests PR read each piece of evidence one at a time so detainee can respond to each.
> Has indicated he will take the oath.
> Detainee did not request any witnesses.

Personal Representative: ▮

UNCLASSIFIED/

Exhibit D-a

UNCLASSIFIED

## Combatant Status Review Board

TO: Personal Representative

FROM: OIC, CSRT (23 November 2004)

Subject: Summary of Evidence for Combatant Status Review Tribunal – ZAHOR, Abdul

1. Under the provisions of the Secretary of the Navy Memorandum, dated 29 July 2004, *Implementation of Combatant Status Review Tribunal Procedures for Enemy Combatants Detained at Guantanamo Bay Naval Base Cuba*, a Tribunal has been appointed to review the detainee's designation as an enemy combatant.

2. An enemy combatant has been defined as "an individual who was part of or supporting the Taliban or al Qaida forces, or associated forces that are engaged in hostilities against the United States or its coalition partners. This includes any person who committed a belligerent act or has directly supported hostilities in aid of enemy armed forces."

3. The United States Government has previously determined that the detainee is an enemy combatant. This determination is based on information possessed by the United States that indicates that the detainee is associated with the Taliban and/or al Qaida.

   a. The detainee is associated with the Taliban and/or al Qaida:

      1. The detainee had knowledge of a bomb plot against an embassy.

      2. The detainee knew where the aforementioned bomb was stored.

      3. The detainee was determined to have been involved in an embassy bomb plot.

      4. The detainee was imprisoned for serving under a Taliban commander.

      5. The detainee was captured with documentation addressing him as Commander ▬▬▬ from ▬▬▬▬, who is identified as a commander of an unknown region.

      6. The detainee was captured with documentation that listed personalities identified as detainee's troops.

      7. The detainee was captured with documentation that discussed Blowpipe and Stinger surface to air missiles.

      8. The detainee was allegedly a member of Hezbi-Islami Galbuddin (HIG) with ties to al Qaida.

      9. HIG is listed on the Department of Homeland Security Terrorist Organization Reference Guide.

UNCLASSIFIED

Exhibit __E-1__

Page __1__ of __2__

UNCLASSIFIED

4. The detainee has the opportunity to contest his designation as an enemy combatant. The Tribunal will endeavor to arrange for the presence of any reasonably available witnesses or evidence that the detainee desires to call or introduce to prove that he is not an enemy combatant. The Tribunal President will determine the reasonable availability of evidence or witnesses.

UNCLASSIFIED

2 of 2

UNCLASSIFIED

**Memorandum** 

| | | | |
|---|---|---|---|
| To | : | Department of Defense<br>Office of Administrative Review<br>for Detained Enemy Combatants<br>Col. David Taylor, OIC, CSRT | Date 11/22/2004 |
| From | : | FBI GTMO<br>Counterterrorism Division<br>Asst. Gen. Counsel ▓▓▓▓ | |
| Subject | | REQUEST FOR REDACTION OF<br>NATIONAL SECURITY INFORMATION<br>▓▓▓▓▓▓▓▓ | |

   Pursuant to the Secretary of the Navy Order of 29 July 2004, Implementation of Combatant Review Tribunal Procedures for Enemy Combatants Detained at Guantanamo Bay Naval Base, Cuba, Section D, paragraph 2, the FBI requests redaction of the information herein marked[1]. The FBI makes this request on the basis that said information relates to the national security of the United States[2]. Inappropriate dissemination of said information could damage the national security of the United States and compromise ongoing FBI investigations.

   CERTIFICATION THAT REDACTED INFORMATION DOES NOT SUPPORT A
   DETERMINATION THAT THE DETAINEE IS NOT AN ENEMY COMBATANT

   The FBI certifies the aforementioned redaction contains no information that would support a determination that the detainee is not an enemy combatant.

   The following documents relative to ISN ▓▓▓ have been redacted by the FBI and provided to the OARDEC:

FD-302 dated 03/28/2003

---

   [1]Redactions are blackened out on the OARDEC provided FBI document.

   [2]See Executive Order 12958

Page __1__ of __2__                UNCLASSIFIED                Exhibit _R-2_

Memorandum from ▓▓▓▓ to Col. David Taylor
Re:  REQUEST FOR REDACTION, 11/22/2004

      If you need additional assistance, please contact Asst. Gen. Counsel ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ or Intelligence Analyst ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Intelligence Analyst ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓,

-2-

2 of 2                                   UNCLASSIFIED



U.S. Department of Homeland Security
U.S. Customs and Border Protection
Office of Border Patrol

> **NOTE:** This report is based upon information obtained from various open sources. No classified information was used in the preparation of this report.

f Border Patrol
1624 SSG Sims Road,
AF,
, TX 79908
Address: Attn. BPSCC P.O. Box 6017
, Texas 79906
ent D. Thew
5) 724-3218

# Terrorist Organization Reference Guide

January 2004

UNCLASSIFIED

Page ___1___ of ___6___         Exhibit ___R-3___

## Table of Contents

**Designated Foreign Terrorist Organizations** .................................................................. 1
1. Abu Nidal organization (ANO) ............................................................................... 2
2. Abu Sayyaf Group (ASG) ........................................................................................ 3
3. Al-Aqsa Martyrs Brigade ......................................................................................... 4
4. Armed Islamic Group (GIA) .................................................................................... 5
5. 'Asbat al-Ansar ........................................................................................................ 5
6. Aum Supreme Truth (Aum) Aum Shinrikyo, Aleph ............................................... 6
7. Basque Fatherland and Liberty (ETA) ..................................................................... 7
8. Communist Party of Philippines/New People's Army (CPP/NPA) ........................ 8
9. Al-Gama'a al-Islamiyya (Islamic Group, IG) .......................................................... 9
10. HAMAS (Islamic Resistance Movement) ............................................................. 10
11. Harakat ul-Mujahidin (HUM) ................................................................................ 11
12. Hizballah (Party of God) ........................................................................................ 13
13. Islamic Movement of Uzbekistan (IMU) ............................................................... 14
14. Jaish-e-Mohammed (JEM) ..................................................................................... 15
15. Jemaah Islamiya (JI) ............................................................................................... 16
16. Al-Jihad (Egyptian Islamic Jihad) .......................................................................... 17
17. Kahane Chai (Kach) ................................................................................................ 18
18. Kurdistan Workers' Party (PKK, KADEK) ........................................................... 18
19. Lashkar-e-Tayyiba (LT) .......................................................................................... 20
20. Lashkar I Jhangvi (LJ) ............................................................................................ 21
21. Liberation Tigers of Tamil Eelam (LTTE) ............................................................. 22
22. Mujahedin-e Khalq Organization (MEK or MKO) ................................................ 23
23. National Liberation Army (ELN) - Colombia ........................................................ 24
24. Palestine Islamic Jihad (PIJ) ................................................................................... 25
25. Palestine Liberation Front (PLF) ............................................................................ 26
26. Popular Front for the Liberation of Palestine (PFLP) ............................................ 26
27. Popular Front for the Liberation of Palestine - General Command (PFLP-GC) ... 27
28. Al-Qaeda ................................................................................................................. 28
29. Real IRA (RIRA) .................................................................................................... 29
30. Revolutionary Armed Forces of Colombia (FARC) .............................................. 30
31. Revolutionary Nuclei .............................................................................................. 31
32. Revolutionary Organization 17 November (17 November) ................................... 32
33. Revolutionary People's Liberation Party/Front (DHKP/C) ................................... 33
34. Salafist Group for Call and Combat (GSPC) ......................................................... 34
35. Sendero Luminoso (Shining Path or SL) ............................................................... 35
36. United Self-Defense Forces/Group of Colombia (AUC) ....................................... 36
    **Other Foreign Terrorist Organizations** ............................................................ 39
37. Al-Badhr Mujahedin (al-Badr) ................................................................................ 40
38. Alex Boncayao Brigade (ABB) ............................................................................... 40
39. Al-Ittihad al-Islami (AIAI) ..................................................................................... 41
40. Allied Democratic Forces (ADF) ........................................................................... 42
41. Ansar al-Islam (Iraq) .............................................................................................. 42
42. Anti-Imperialist Territorial Nuclei (NTA) .............................................................. 43

43. Army for the Liberation of Rwanda (ALIR) ..............................................................44
44. Cambodian Freedom Fighters (CFF) ....................................................................45
45. Communist Party of Nepal (Maoist)/ United People's Front ...................................46
46. Continuity Irish Republican Army (CIRA) ...............................................................47
47. Eastern Turkistan Islamic Movement (ETIM) .........................................................47
48. First of October Antifascist Resistance Group (GRAPO) .......................................48
49. Harakat ul-Jihad-I-Islami (HUJI) .............................................................................49
50. Harakat ul-Jihad-I-Islami/Bangladesh (HUJI-B) .....................................................50
51. Hizb-I Islami Gulbuddin (HIG) ................................................................................50
52. Hizb ul-Mujahedin (HM) .........................................................................................51
53. Irish Republican Army (IRA) ..................................................................................52
54. Islamic Army of Aden (IAA) ...................................................................................53
55. Islamic International Peacekeeping Brigade (IIPB) ...............................................54
56. Jamiat ul-Mujahedin (JUM) ....................................................................................55
57. Japanese Red Army (JRA) ....................................................................................55
58. Kumpulan Mujahidin Malaysia (KMM) ...................................................................56
59. Libyan Islamic Fighting Group ...............................................................................57
60. Lord's Resistance Army (LRA) ..............................................................................58
61. Loyalist Volunteer Force (LVF) ..............................................................................58
62. Moroccan Islamic Combatant Group (GICM) ........................................................59
63. New Red Brigades/Communist Combatant Party (BR/PCC) .................................60
64. People Against Gangsterism and Drugs (PAGAD) ...............................................61
65. Red Hand Defenders (RHD) ..................................................................................62
66. Revolutionary Proletarian Initiative Nuclei (NIPR) .................................................62
67. Revolutionary United Front (RUF) .........................................................................63
68. Riyadus-Salikhin Reconnaissance and Sabotage Battalion of Chechen Martyrs ..64
69. Sipah-I-Sahaba/Pakistan (SSP) .............................................................................65
70. Special Purpose Islamic Regiment (SPIR) ............................................................65
71. The Tunisian Combatant Group (TCG) .................................................................66
72. Tupac Amaru Revolutionary Movement (MRTA) ...................................................67
73. Turkish Hizballah ...................................................................................................68
74. Ulster Defense Association/Ulster Freedom Fighters (UDA/UFF) .........................68

Terrorist Exclusion List .................................................................................................71

Mexican Insurgent/Guerrilla Organizations ..................................................................77

End Notes ....................................................................................................................84

UNCLASSIFIED

# Designated Foreign Terrorist Organizations

1

UNCLASSIFIED
4 OF 6

**Location/Area of Operation**

Pakistan and Kashmir. Trained members in Afghanistan until fall of 2001.

**External Aid**

Specific sources of external aid are unknown.

### 50. Harakat ul-Jihad-I-Islami/Bangladesh (HUJI-B) (Movement of Islamic Holy War)

**Description**

The mission of HUJI-B, led by Shauqat Osman, is to establish Islamic rule in Bangladesh. HUJI-B has connections to the Pakistani militant groups Harakat ul-Jihad-i-Islami (HUJI) and Harak ul-Mujahidin (HUM), who advocate similar objectives in Pakistan and Kashmir.

**Activities**

HUJI-B was accused of stabbing a senior Bangladeshi journalist in November 2000 for making a documentary on the plight of Hindus in Bangladesh. HUJI-B was suspected in the July 2000 assassination attempt of Bangladeshi Prime Minister Sheikh Hasina.

**Strength**

HUJI-B has an estimated cadre strength of more than several thousand members.

**Location/Area of Operation**

Operates and trains members in Bangladesh, where it maintains at least six camps.

**External Aid**

Funding of the HUJI-B comes primarily from madrassas in Bangladesh. The group also has ties to militants in Pakistan that may provide another funding source.

### 51. Hizb-I Islami Gulbuddin (HIG)

**Description**

Gulbuddin Hikmatyar founded Hizb-I Islami Gulbuddin (HIG) as a faction of the Hizb-I Islami party in 1977, and it was one of the major mujahedin groups in the war against the Soviets. HIG has long-established ties with Bin Ladin. In the early 1990s,

Hikmatyar ran several terrorist training camps in Afghanistan and was a pioneer in sending mercenary fighters to other Islamic conflicts. Hikmatyar offered to shelter Bin Ladin after the latter fled Sudan in 1996.

### Activities

HIG has staged small attacks in its attempt to force US troops to withdraw from Afghanistan, overthrow the Afghan Transitional Administration (ATA), and establish a fundamentalist state.

### Strength

HIG possibly could have hundreds of veteran fighters to call on.

### Location/Area of Operation

Eastern Afghanistan (particularly Konar and Nurestan Provinces) and adjacent areas of Pakistan's tribal areas.

### External Aid

Unknown.

## 52.  Hizb ul-Mujahidin (HM)

### Description

Hizb ul-Mujahidin, the largest Kashmiri militant group, was founded in 1989 and officially supports the liberation of Kashmir and its accession to Pakistan, although some cadres are proindependence. The group is the militant wing of Pakistan's largest Islamic political party, the Jamaat-i-isiami. It currently is focused on Indian security forces and politicians in Kashmir and has conducted operations jointly with other Kashmiri militants. It reportedly operated in Afghanistan through the mid-1990s and trained alongside the Afghan Hizb-I- Islami Gulbuddin (HIG) in Afghanistan until the Taliban takeover. The group, led by Syed Salahuddin, is made up primarily of ethnic Kashmiris. Currently, there are visible splits between Pakistan-based commanders and several commanders in Indian-occupied Kashmir.

### Activities

Has conducted a number of operations against Indian military targets in Kashmir. The group also occasionally strikes at civilian targets in Kashmir but has not engaged in terrorist acts elsewhere.

UNCLASSIFIED//FOUO

## Personal Representative Review of the Record of Proceedings

I acknowledge that on __7__ December 2004 I was provided the opportunity to review the record of proceedings for the Combatant Status Review Tribunal involving ISN #949.

__✓__ I have no comments.

____ My comments are attached.

███████████████████████        __7 Dec 2004__
, Major, USAF                  Date

ISN ███
Enclosure (5)

UNCLASSIFIED//FOUO

7 Feb 05

MEMORANDUM

From: Assistant Legal Advisor
To:   Director, Combatant Status Review Tribunal
Via:  Legal Advisor   JRC

Subj: LEGAL SUFFICIENCY REVIEW OF COMBATANT STATUS REVIEW TRIBUNAL FOR DETAINEE ISN #███

Ref:  (a) Deputy Secretary of Defense Order of 7 July 2004
      (b) Secretary of the Navy Implementation Directive of 29 July 2004

Encl: (1) Appointing Order for Tribunal #24 of 26 November 2004
      (2) Record of Tribunal Proceedings

1. A legal sufficiency review has been completed on the subject Combatant Status Review Tribunal in accordance with references (a) and (b). After reviewing the record of the Tribunal, I find that:

   a. The detainee was properly notified of the Tribunal process and elected to participate. *See* exhibit D-a. The detainee also provided a sworn oral statement in question and answer format to the Tribunal. *See* enclosure (3). The Tribunal considered the detainee's sworn statement in its deliberations.

   b. The Tribunal was properly convened and constituted by enclosure (1).

   c. The Tribunal substantially complied with the provisions of references (a) and (b). Note that some information in exhibit R-4 was redacted. The FBI properly certified in exhibit R-2 that the redacted information would not support a determination that the detainee is not an enemy combatant.

   d. The detainee did not request that any witnesses or evidence be produced on his behalf.

   e. The Tribunal's decision that detainee #███ shall no longer be classified as an enemy combatant was unanimous.

   f. The detainee's Personal Representative was given the opportunity to review the record of proceedings and did not submit comments to the Tribunal. *See* enclosure (5).

2. The proceedings and decision of the Tribunal are legally sufficient and no corrective action is required.

UNCLASSIFIED

Subj: LEGAL SUFFICIENCY REVIEW OF COMBATANT STATUS REVIEW TRIBUNAL FOR DETAINEE ISN #█

3. I recommend that the decision of the Tribunal be approved and the record of proceedings be forwarded to the Secretary of the Navy in accordance with reference (b).

*Peter C. Bradford*

PETER C. BRADFORD
LT, JAGC, USNR

2

UNCLASSIFIED