**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ABDUL ZUHOOR,                          :
                                       :
        Petitioner,                    :
                                       :
    v.                                 : Civil Action No. 05-1011 (JR)
                                       :
GEORGE W. BUSH, *et al,*               :
                                       :
        Respondents.                   :

## ORDER

Respondents' motion for a stay [3] is **granted**.
Petitioner having submitted himself to the jurisdiction of this
Court, and the Court having asserted <u>in personam</u> jurisdiction,
<u>see</u> <u>Rasul v. Bush</u>, 124 S.Ct. 2686 (2004), the stay will apply to
all proceedings applicable to the petitioner, including without
limitation his release, repatriation, or rendition, and it will
remain in effect until further order of the Court.


                              JAMES ROBERTSON
                        United States District Judge