**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

KHALED BEN MUSTAPHA, *et al.*,
    v.                       Civil Action No. 05-0022 (JR)
GEORGE W. BUSH, *et al.*

SHERIF el-MASHAD, *et al.*,
    v.                       Civil Action No. 05-0270 (JR)
GEORGE W. BUSH, *et al.*

AHAMED ABDUL AZIZ, *et al.*,
    v.                       Civil Action No. 05-0492 (JR)
GEORGE W. BUSH, *et al.*

MOHAMMEDOU OULD SALAHI, *et al.*
    v.                       Civil Action No. 05-0569 (JR)
GEORGE W. BUSH, *et al.*

KHIALI-GUL,
    v.                       Civil Action No. 05-0877 (JR)
GEORGE W. BUSH, *et al.*

ABDUL ZUHOOR,
    v.                       Civil Action No. 05-1011 (JR)
GEORGE W. BUSH, *et al.*

OMAR MOHAMMED KHALIFH, *et al.*,
    v.                       Civil Action No. 05-1189 (JR)
GEORGE W. BUSH, *et al.*

SAWAT KHAN,
    v.                       Civil Action No. 05-1491 (JR)
GEORGE W. BUSH, *et al.*

IBRAHIM OSMAN IBRAHIM IDRIS,
    v.                       Civil Action No. 05-1555 (JR)
GEORGE W. BUSH, *et al.*

SADAR DOE, *et al.*,
    v.                             Civil Action No. 05-1704 (JR)
GEORGE W. BUSH, *et al.*


ABDU AL-QADER HUSSAIN
AL-MUDAFARI, *et al.*,
    v.                             Civil Action No. 05-2185 (JR)
GEORGE W. BUSH, *et al.*


ADHAM MOHAMMED ALI AWAD,
    v.                             Civil Action No. 05-2379 (JR)
GEORGE W. BUSH, *et al.*


MOHAMMEDOU OULD SLAHI,
    v.                             Civil Action No. 06-0597 (JR)
GEORGE W. BUSH, *et al.*


## ORDER


It is by the court *sua sponte* **ORDERED** that all District Court proceedings in these cases are **stayed** pending issuance of the mandate (or other developments) in <u>Boumediene v. Bush</u>, D. C. Cir. No. 05-5062, decided February 20, 2007.



                                         JAMES ROBERTSON
                         United States District Judge