UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL ZUHOOR, | : |
| Petitioner, | : |
| v. | : Civil Action No. 05-1011 (JR) |
| GEORGE W. BUSH, *et al,* | : |
| Respondents. | : |

**ORDER**

It is by the Court *sua sponte* **ORDERED**, on the authority of Boumediene v. Bush and Al Odah v. United States, 476 F.3d 981 (D.C. Cir.), cert. denied 549 U.S. ___ (April 2, 2007), that this case is **dismissed for lack of subject matter jurisdiction**.


JAMES ROBERTSON
United States District Judge